**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 17-56869-PMB |
| JAMES EDWARD CARTER IV, | Chapter 13 |
| Debtor. | |

**REQUEST FOR SPECIAL NOTICE**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Chase Home Finance, LLC, a wholly owned subsidiary of JPMorgan Chase Bank, National Association and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP submits this Request for Notice and Service of Copies as attorneys for Chase Home Finance, LLC, a wholly owned subsidiary of JPMorgan Chase Bank, National Association.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Richard H. Siegel
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. ' 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: May 11, 2017                                  ALDRIDGE PITE, LLP


                                                     /s/Richard H. Siegel
                                                     Richard H. Siegel, Bar No. 645825
                                                     rsiegel@aldridgepite.com
                                                     Fifteen Piedmont Center
                                                     3575 Piedmont Road, N.E., Suite 500
                                                     Atlanta, GA 30305
                                                     Phone: (404) 994-7400
                                                     Fax: (888) 873-6147

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>JAMES EDWARD CARTER IV<br><br>Debtor. | Case No. 17-56869-PMB<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on May 11, 2017, I served a copy of Request for Special Notice which was filed in this bankruptcy matter on May 11, 2017, in the manner indicated:

**The following parties have been served via e-mail**:

Adam M. Goodman
mail@13trusteeatlanta.com


Howard Peter Slomka
shawn@slomkalawfirm.com

**The following parties have been served via U.S. First Class Mail**:

James Edward Carter IV, IV
2000 Norland Circle Ct
Alpharetta, GA 30022


**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: May 11, 2017                  Signature: /s/ Anne E. Penaloza
                                     Printed Name: Anne E. Penaloza
                                     Address:    Aldridge Pite, LLP
                                                 Aldridge Pite, LLP
                                                 4375 Jutland Drive, Suite 200
                                                 P.O. Box 17933
                                                 San Diego, CA 92177-0933
                                     Phone:      (858) 750-7600
                                     Fax:        (619) 590-1385